[S. C. 10 Pac. 368.]

[Crim. No. 37.   Filed March 18, 1886.]

THE TERRITORY OF ARIZONA, Plaintiff and Respondent, v. JERRY RICHMOND, Defendant and Appellant.

1. CRIMINAL LAW—RAPE—EVIDENCE—REPUTE FOR CHASTITY OF HOUSE WHERE PROSECUTING WITNESS THIRTEEN YEARS OF AGE LIVED IMMATERIAL.—The general bad reputation for chastity of the house where the prosecuting witness lived is immaterial where the record shows that she was thirteen years old, and lived alone with her mother.

APPEAL from a judgment of the District Court of the First Judicial District in and for the County of Graham. Affirmed.

The facts are stated in the opinion.

P. M. Thurmond, for Appellant.

Clark Churchill, Atty. Gen., for Respondent.

Per Curiam.—This was an indictment charging Jerry Richmond with the crime of rape upon the person of Minnie

Eichler. The cause was tried in Graham county, and he was found guilty, and sentenced to a term of five years in the territorial prison. We have examined the evidence in the case, and are of the opinion that the evidence sustains the conviction. It is urged that the court erred in not permitting evidence to go to the jury on behalf of defendant that the house in which she lived was a house of bad repute for chastity. The record shows that she was 13 years old; that she lived with her mother; and that no other person occupied the house with them. In such case, the general reputation of the house was not material. No other error is pointed out.

The judgment is affirmed.